Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **RS Air, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **77-0572672** |

4.  **Debtor's address**

**Principal place of business**

**211 S. Whisman Road, Suite D**
**Mountain View, CA 94041**
Number, Street, City, State & ZIP Code

**Santa Clara**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.  **Debtor's website** (URL)  _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4812__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

Case: 20-51604   Doc# 6   Filed: 11/06/20   Entered: 11/06/20 15:53:27   Page 2 of 45

THIS PAGE IS INTENTIONALLY BLANK

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

| 11. | **Why is the case filed in this district?** | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | .  *Check one:* |
|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. | **Estimated number of creditors** | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

---

| 15. | **Estimated Assets** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| 16. | **Estimated liabilities** | ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  5, 2020**
              MM / DD / YYYY

**X** **/s/ Stephen G. Perlman**                     **Stephen G. Perlman**
Signature of authorized representative of debtor        Printed name

Title    **Sole Managing Member**

**18. Signature of attorney**

**X** **/s/ Jennifer C. Hayes**                     Date  **November  5, 2020**
Signature of attorney for debtor                        MM / DD / YYYY

**Jennifer C. Hayes 197252**
Printed name

**Finestone Hayes LLP**
Firm name

**456 Montgomery St.**
**20th Floor**
**San Francisco, CA 94104-1233**
Number, Street, City, State & ZIP Code

Contact phone    **(415) 616-0466**        Email address  **jhayes@fhlawllp.com**

**197252 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **RS Air, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  5, 2020**     **X /s/ Stephen G. Perlman**
                                           Signature of individual signing on behalf of debtor

                                           **Stephen G. Perlman**
                                           Printed name

                                           **Sole Managing Member**
                                           Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | RS Air, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Groom & Cave, LLP 1570 The Alameda Suite 100 Attn:  Timothy H. Hopkins San Jose, CA 95126 | | Legal fees | | | | $660.00 |
| Michelson Law Group 220 Montgomery Street Suite 2100 San Francisco, CA 94104 | | Legal fees | | | | $8,100.00 |
| NetJets Aviation, Inc. 4111 Bridgeway Avenue Columbus, OH 43219 | | See NetJets Aviation, Inc. et al. v. RS Air, LLC, 18CV005301, Ct. of Common Pleas, Franklin County, OH | Unliquidated Disputed Subject to Setoff | | | $0.00 |
| NetJets Sales, Inc. 4111 Bridgeway Avenue Columbus, OH 43219 | | See NetJets Aviation, Inc. et al. v. RS Air, LLC, 18CV005301, Ct. of Common Pleas, Franklin County, OH | Unliquidated Disputed Subject to Setoff | | | $0.00 |
| NetJets Services, Inc. 4111 Bridgeway Avenue Columbus, OH 43219 | | See NetJets Aviation, Inc. et al. v. RS Air, LLC, 18CV005301, Ct. of Common Pleas, Franklin County, OH | Unliquidated Disputed Subject to Setoff | | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rosewood Family Advisors LLP PO Box 61239 Attn: Kerry Bratton Palo Alto, CA 94306** | | **Corporate Tax and Accounting Services** | | | | $3,125.00 |
| **Taft Stettinius & Hollister, LLP 425 Walnut Street Suite 1800 Mark T. Hayden Cincinnati, OH 45202-3957** | | **Legal fees** | | | | $25,109.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **RS Air, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.....................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................    $     **326,862.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................    $     **326,862.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................    +$     **36,994.00**

4.   Total liabilities .........................................................................................
    Lines 2 + 3a + 3b     $     **36,994.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 20-51604    Doc# 6    Filed: 11/06/20    Entered: 11/06/20 15:53:27    Page 9 of 45

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First Republic Bank** | **Checking** | **6354** | **$100.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$100.00** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| | 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | Unknown |
| --- | --- | --- | --- | --- | --- | --- |
| | | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case: 20-51604   Doc# 6   Filed: 11/06/20   Entered: 11/06/20 15:53:27   Page 10 of 45

11b. Over 90 days old:              0.00          -              0.00      =....              Unknown
                              face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                            | $0.00 |

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 49.1.    **1/16 interest in Citation X aircraft, Tail Number N903QS** | $0.00 | | $162,407.00 |
| 49.2.    **1/16 interest in Citation 560 Encore+ aircraft, Tail Number N826QS** | $0.00 | | $164,355.00 |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

    | | $326,762.00 |
    |---|---|

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ■ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

    - ■ No.  Go to Part 10.
    - ☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    - ■ No.  Go to Part 11.
    - ☐ Yes Fill in the information below.

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ☐ No.  Go to Part 12.
    - ■ Yes Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
    **RS Air, LLC is the named insured under AIG Policy No. SIHL1-068Z, which insurance policy covers RS Air, LLC's 1/16 interest in the Citation X aircraft, Tail Number N903QS and its 1/16 interest in the Citation 560 Encore+ aircraft, Tail Number N826QS.**

    Unknown

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Counterclaims against NetJets Aviation, Inc., NetJets Sales, Inc., and NetJets Services, Inc.**

    Unknown

    | Nature of claim | Fraud, fraudulent inducement, breach of contract, declaratory judgment |
    |---|---|
    | **Amount requested** | **$0.00** |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**    **$0.00**

        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Case: 20-51604    Doc# 6    Filed: 11/06/20    Entered: 11/06/20 15:53:27    Page 13 of
45

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $326,762.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $326,862.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $326,862.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor name    **RS Air, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name **RS Air, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
wi h priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**State of California**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-5000**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Notice only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7316**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Notice only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

Case: 20-51604   Doc# 6   Filed: 11/06/20   Entered: 11/06/20 15:53:27   Page 16 of
45

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cindy Ievers**
**211 S. Whisman Road, Suite D**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.00 |
|---|---|---|---|

**Groom & Cave, LLP**
**1570 The Alameda**
**Suite 100**
**Attn: Timothy H. Hopkins**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Legal fees**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,100.00 |
|---|---|---|---|

**Michelson Law Group**
**220 Montgomery Street**
**Suite 2100**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Legal fees**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**NetJets Aviation, Inc.**
**4111 Bridgeway Avenue**
**Columbus, OH 43219**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **See NetJets Aviation, Inc. et al. v. RS Air, LLC, 18CV005301, Ct. of Common Pleas, Franklin County, OH**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**NetJets Sales, Inc.**
**4111 Bridgeway Avenue**
**Columbus, OH 43219**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **See NetJets Aviation, Inc. et al. v. RS Air, LLC, 18CV005301, Ct. of Common Pleas, Franklin County, OH**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**NetJets Services, Inc.**
**4111 Bridgeway Avenue**
**Columbus, OH 43219**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **See NetJets Aviation, Inc. et al. v. RS Air, LLC, 18CV005301, Ct. of Common Pleas, Franklin County, OH**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,125.00 |
|---|---|---|---|

**Rosewood Family Advisors LLP**
**PO Box 61239**
**Attn: Kerry Bratton**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Corporate Tax and Accounting Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 20-51604    Doc# 6    Filed: 11/06/20    Entered: 11/06/20 15:53:27    Page 17 of 45

| Debtor | **RS Air, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephen G. Perlman**
**211 S. Whisman Road, Suite D**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,109.00** |
|---|---|---|---|

**Taft Stettinius & Hollister, LLP**
**425 Walnut Street**
**Suite 1800**
**Mark T. Hayden**
**Cincinnati, OH 45202-3957**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Legal fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zieger, Tigges & Little LLP**
**41 South High Street**
**Suite 3500**
**Attn: Steven W. Tigges**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice only (Counsel for NetJets)**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zieger, Tigges & Little LLP**
**41 South High Street**
**Suite 3500**
**Attn: Christopher J. Hayden**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice only (Counsel for NetJets)**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 36,994.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 36,994.00 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor name **RS Air, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Case: 20-51604    Doc# 6    Filed: 11/06/20    Entered: 11/06/20 15:53:27    Page 20 of
45

Fill in this information to identify the case:

Debtor name  **RS Air, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:    Income**

1.  **Gross revenue from business**

■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **NetJets Aviation, Inc. et al. v. RS Air, LLC 18CV005301** | **Declaratory judgment, specific performance, injunctive relief, and breach of contract. Counterclaims for declaratory judgment, fraud, and breach of contract** | **Ct. of Common Pleas, Franklin County, OH 345 S. High Street 7th Floor, Courtroom 7E Columbus, OH 43215** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Case: 20-51604    Doc# 6    Filed: 11/06/20    Entered: 11/06/20 15:53:27    Page 22 of 45

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Finestone Hayes LLP**<br>**456 Montgomery Street**<br>**20th Floor**<br>**San Francisco, CA 94104** | | **11/2/2020**<br>**($15,000);**<br>**11/5/2020**<br>**($45,000)** | **$60,000.00** |
| | Email or website address<br>**www.fhlawllp.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **355 Bryant Street**<br>**Suite 110**<br>**San Francisco, CA 94107** | **April 5, 2001 through January 7, 2019** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or descr bes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
| --- | --- |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Cindy Ievers**<br>**211 S. Whisman Road, Suite D**<br>**Mountain View, CA 94041** | **2004 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Rosewood Family Advisors LLP**<br>**Corporate Tax and Accounting Services**<br>**PO Box 61239**<br>**Attn: Kerry Bratton**<br>**Palo Alto, CA 94306** | **2001 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stephen G. Perlman | 211 S. Whisman Road, Suite D<br>Mountain View, CA 94041 | Sole member and manager | 100% ownership of membership interests |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Case: 20-51604    Doc# 6    Filed: 11/06/20    Entered: 11/06/20 15:53:27    Page 26 of 45

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
| **Stephen G. Perlman Revocable Trust UDT dated August 7, 1997** | EIN: |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November  5, 2020**

**/s/ Stephen G. Perlman**                                    **Stephen G. Perlman**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor     **Sole Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re __RS Air, LLC__ _____  Case No. _____
                                    Debtor(s)          Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __November  5, 2020__ _____      Signature __/s/ Stephen G. Perlman_____
                                                             **Stephen G. Perlman**

*Penalty for making a false statement of concealing property*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                         Case No.

    **RS Air, LLC**

_____ Debtor(s).          /

<u>**CREDITOR MATRIX COVER SHEET**</u>

    I declare that the attached Creditor Mailing Matrix, consisting of __**2**__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **November  5, 2020**

                               **/s/ Jennifer C. Hayes**
                               _____
                               Signature of Debtor's Attorney or Pro Per Debtor

Cindy Ievers
211 S. Whisman Road, Suite D
Mountain View, CA 94041


Franchise Tax Board
State of California
P.O. Box 2952
Sacramento, CA 95812-5000


Groom & Cave, LLP
1570 The Alameda
Suite 100
Attn: Timothy H. Hopkins
San Jose, CA 95126


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7316


Michelson Law Group
220 Montgomery Street
Suite 2100
San Francisco, CA 94104


NetJets Aviation, Inc.
4111 Bridgeway Avenue
Columbus, OH 43219


NetJets Sales, Inc.
4111 Bridgeway Avenue
Columbus, OH 43219


NetJets Services, Inc.
4111 Bridgeway Avenue
Columbus, OH 43219

Rosewood Family Advisors LLP
PO Box 61239
Attn: Kerry Bratton
Palo Alto, CA 94306


Stephen G. Perlman
211 S. Whisman Road, Suite D
Mountain View, CA 94041


Taft Stettinius & Hollister, LLP
425 Walnut Street
Suite 1800
Mark T. Hayden
Cincinnati, OH 45202-3957


Zieger, Tigges & Little LLP
41 South High Street
Suite 3500
Attn: Steven W. Tigges
Columbus, OH 43215


Zieger, Tigges & Little LLP
41 South High Street
Suite 3500
Attn: Christopher J. Hayden
Columbus, OH 43215

# United States Bankruptcy Court
## Northern District of California

In re   __RS Air, LLC__                             Case No. _____

                                      Debtor(s)             Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __RS Air, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__November  5, 2020__
Date

/s/ Jennifer C. Hayes
__Jennifer C. Hayes 197252__
Signature of Attorney or Litigant
Counsel for   __RS Air, LLC__
__Finestone Hayes LLP__
__456 Montgomery St.__
__20th Floor__
__San Francisco, CA 94104-1233__
__(415) 616-0466 Fax:(415) 398-2820__
__jhayes@fhlawllp.com__

# United States Bankruptcy Court
## Northern District of California

In re **RS Air, LLC** _____ Case No. _____

Debtor(s)  Chapter **11**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case ........................................ $ _____ **60,000.00**
    b)  Prior to the filing of this statement, debtor(s) have paid .......... $ _____ **60,000.00**
    c)  The unpaid balance due and payable is ............................. $ _____ **0.00**

3.  $ **1,717.00** of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a.  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b.  Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    c.  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: **November 5, 2020** _____

Respectfully submitted,

**/s/ Jennifer C. Hayes** _____
Attorney for Debtor: **Jennifer C. Hayes 197252**
**Finestone Hayes LLP**
**456 Montgomery St.**
**20th Floor**
**San Francisco, CA 94104-1233**
**(415) 616-0466  Fax: (415) 398-2820**
**jhayes@fhlawllp.com**

# RS Air LLC
# Balance Sheet
### As of November 5, 2020

|  | Dec 31, 19 | Nov 5, 20 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| 1120 · RS Air LLC - FRB | 10,161.53 | 100.00 |
| **Total Checking/Savings** | 10,161.53 | 100.00 |
| **Other Current Assets** | | |
| 1400 · Prepaid Expenses | | |
| 1450 · Prepaid Legal Fees | - | 60,000.00 |
| **Total 1400 · Prepaid Expenses** | - | 60,000.00 |
| **Total Other Current Assets** | - | 60,000.00 |
| **Total Current Assets** | 10,161.53 | 60,100.00 |
| **Fixed Assets** | | |
| 1500 · Fixed Assets | | |
| 1590 · Cost - Airplanes | | |
| 1591 · Cost - Citation X (acq 7/21/01) | 1,130,000.00 | 1,130,000.00 |
| 1593 · Cost - Citation Encore + | 559,815.00 | 559,815.00 |
| **Total 1590 · Cost - Airplanes** | 1,689,815.00 | 1,689,815.00 |
| **Total 1500 · Fixed Assets** | 1,689,815.00 | 1,689,815.00 |
| 1600 · Accumulated Depreciation | | |
| 1690 · Accum Depr - Airplanes | | |
| 1691 · Accum Depr - Citation X | (971,097.00) | (971,097.00) |
| 1693 · Accum Depr - Citation Encore + | (171,054.00) | (171,054.00) |
| **Total 1690 · Accum Depr - Airplanes** | (1,142,151.00) | (1,142,151.00) |
| **Total 1600 · Accumulated Depreciation** | (1,142,151.00) | (1,142,151.00) |
| **Total Fixed Assets** | 547,664.00 | 547,664.00 |
| **Other Assets** | | |
| 1810 · Deposit, LT | | |
| 1811 · Deposit, LT - NetJets Operating | 15,692.00 | - |
| **Total 1810 · Deposit, LT** | 15,692.00 | - |
| **Total Other Assets** | 15,692.00 | - |
| **TOTAL ASSETS** | 573,517.53 | 607,764.00 |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| 2100 · Accounts Payable | - | 36,994.00 |
| **Total Accounts Payable** | - | 36,994.00 |
| **Other Current Liabilities** | | |
| 2300 · Other Payables | | |
| 2311 · Owner Payable | 2,625,672.19 | 2,763,608.81 |
| **Total 2300 · Other Payables** | 2,625,672.19 | 2,763,608.81 |
| **Total Other Current Liabilities** | 2,625,672.19 | 2,763,608.81 |
| **Total Current Liabilities** | 2,625,672.19 | 2,800,602.81 |
| **Total Liabilities** | 2,625,672.19 | 2,800,602.81 |
| **Equity** | | |
| 3120 · RS AIR EQUITY | 1,406,550.55 | 1,406,550.55 |
| 3121 · RS AIR RETAINED EARNINGS | (731,087.09) | (731,087.09) |
| 3200 · Members Equity | (2,671,930.37) | (2,727,618.12) |
| Net Income | (55,687.75) | (140,684.15) |
| **Total Equity** | (2,052,154.66) | (2,192,838.81) |
| **TOTAL LIABILITIES & EQUITY** | 573,517.53 | 607,764.00 |

# RS Air LLC
## Profit & Loss
### January 1, 2019 through November 5, 2020

|  | 2019 | Jan 1 - Nov 5, 20 |
|---|---|---|
| **Ordinary Income/Expense** |  |  |
| **Expense** |  |  |
| **6100 · Supplies & Services** |  |  |
| **6140 · Bank Service Charges** | - | 70.00 |
| Total 6100 · Supplies & Services | - | 70.00 |
| 6300 · Professional Fees |  |  |
| **6305 · Management Fees, NetJets** | - | 15,692.00 |
| **6310 · Accounting & Tax** | 3,589.00 | 3,125.00 |
| **6320 · Legal Fees, general** | 50,998.75 | 120,030.54 |
| Total 6300 · Professional Fees | 54,587.75 | 138,847.54 |
| 8000 · Taxes |  |  |
| **8020 · State Taxes** | 1,100.00 | 1,766.61 |
| Total 8000 · Taxes | 1,100.00 | 1,766.61 |
| **Total Expense** | 55,687.75 | 140,684.15 |
| **Net Ordinary Income** | (55,687.75) | (140,684.15) |
| **Net Income** | **(55,687.75)** | **(140,684.15)** |

**DO NOT MAIL THIS FORM TO FTB**

Date Accepted _____

| TAXABLE YEAR | California e-file Return Authorization for | FORM |
|---|---|---|
| **2019** | **Limited Liability Companies** | **8453-LLC** |

| Limited liability company name | California Secretary of State (SOS) file number or FEIN |
|---|---|
| RS AIR, LLC | 200112910053 |

**Part I  Tax Return Information** (whole dollars only)

| | | |
|---|---|---|
| 1 Total income (Form 568, Schedule B, Line 12 or Form 568, Line 1 for Single Member LLCs) . . . . . . . . . . . . . | 1 | NONE |
| 2 Ordinary income (Form 568, Schedule B, Line 23 or Form 568, Line 1 for Single Member LLCs) . . . . . . . . . . . | 2 | -3,889 |
| 3 Tax and fee due (Form 568, line 14) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 Overpayment (Form 568, line 15) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 Total amount due (Form 568, line 19) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |

**Part II  Settle Your Account Electronically for Taxable Year 2019.**

| 6 | ☐ | Electronic funds withdrawal | **6a** Amount | **6b** Withdrawal date (mm/dd/yyyy) |
|---|---|---|---|---|

**Part III  Make Annual Tax or Estimated Fee Payment for Taxable Year 2020** This is NOT an installment payment for the current amount the LLC owes.

| | Annual Tax Payment | Estimated Fee Payment |
|---|---|---|
| 7 Amount | | |
| 8 Withdrawal date | | |

**Part IV  Banking Information** (Have you verified the LLC's banking information?)

| | |
|---|---|
| 9 Routing number | |
| 10 Account number | 11 Type of account: ☐ Checking ☐ Savings |

**Part V  Declaration of Authorized Member or Manager**

I authorize the limited liability company account to be settled as designated in Parts II, III, and IV. If I check Box 6, I authorize an electronic funds withdrawal for the amount listed on line 6a for the 2020 annual tax or estimated fee payment amount listed on line 7 from the bank account specified in Part IV.

Under penalties of perjury, I declare that I am an authorized member or manager of the above limited liability company and that the information I provided to my electronic return originator (ERO), transmitter, or intermediate service provider and the amounts in Part I above agree with the amounts on the corresponding lines of the limited liability company's 2019 California income tax return. To the best of my knowledge and belief, the limited liability company's return is true, correct, and complete. If the limited liability company is filing a balance due return, I understand that if the Franchise Tax Board (FTB) does not receive full and timely payment of the limited liability company's tax liability, the limited liability company will remain liable for the tax liability and all applicable interest and penalties. I authorize the limited liability company return and accompanying schedules and statements be transmitted to the FTB by my ERO, transmitter, or intermediate service provider. **If the processing of the limited liability company's return or refund is delayed, I authorize the FTB to disclose to my ERO or intermediate service provider the reason(s) for the delay or the date when the refund was sent.**

| **Sign Here** | ▶ | | | ▶ | |
|---|---|---|---|---|---|
| | Signature of authorized member or manager | | Date | | Title |

**Part VI  Declaration of Electronic Return Originator (ERO) and Paid Preparer. See instructions.**

I declare that I have reviewed the above limited liability company's return and that the entries on form FTB 8453-LLC are complete and correct to the best of my knowledge. (If I am only an intermediate service provider, I understand that I am not responsible for reviewing the limited liability company's return. I declare, however, that form FTB 8453-LLC accurately reflects the data on the return.) I have obtained the signature from the limited liability company authorized member or manager with a copy of all forms and information that I will file with the FTB, and I have followed all other requirements described in FTB Pub. 1345, 2019 Handbook for Authorized e-file Providers. I will keep form FTB 8453-LLC on file for four years from the due date of the return or four years from the date the limited liability company return is filed, whichever is later, and I will make a copy available to the FTB upon request. If I am also the paid preparer, under penalties of perjury, I declare that I have examined the above limited liability company's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| **ERO Must Sign** | ERO's signature ▶ | Date | Check if also paid preparer ☒ | Check if self-employed ☒ | ERO's PTIN P01714210 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address ▶ | ROSEWOOD FAMILY ADVISORS LLP 2475 HANOVER STREET, STE 100 PALO ALTO, CA | | FEIN | 82-4430307 |
| | | | | ZIP code | 94304 |

Under penalties of perjury, I declare that I have examined the above limited liability company's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| **Paid Preparer Must Sign** | Paid preparer's signature ▶ | Date | Check if self-employed ☐ | Paid preparer's PTIN |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address ▶ | | FEIN | |
| | | | ZIP code | |

| **For Privacy Notice, get FTB 1131 ENG/SP.** | FTB 8453-LLC 2019 |
|---|---|

9Y0578 1.000

# Limited Liability Company
# Return of Income

RP

```
200112910053        77-0572672              19
TYB  01-01-2019  TYE  12-31-2019
RS AIR LLC

1107 HAMILTON AVE.
PALO ALTO        CA  94301


ACCTMETHOD 1  04-05-2001  ASSETS        121777.
INITIAL 0  FINAL 0  AMENDED 0  PROTECTIVE 0
```

I  **(1)** During this taxable year, did another person or legal entity acquire control or majority ownership (more than a 50% interest) of this LLC or any legal entity in which the LLC holds a controlling or majority interest that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from a government agency for any term? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes  ☒ No

**(2)** During this taxable year, did this LLC acquire control or majority ownership (more than a 50% interest) in another legal entity that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from a government agency for any term? . . . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes  ☒ No

**(3)** During this taxable year, has more than 50% of the LLC's ownership interests cumulatively transferred in one or more transactions after an interest in California real property (i.e., land, buildings) was transferred to it that was excluded from property tax reassessment under Revenue and Taxation Code Section 62(a)(2) and it was not reported on a previous year's tax return? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes  ☒ No
**(Yes requires filing of statement, penalties may apply - see instructions.)**

Complete Schedule IW, LLC Income Worksheet (on Side 7) first to determine line 1.

| | | | Whole dollars only |
|---|---|---|---|
| 1 | Total income from Schedule IW, Limited Liability Company Income Worksheet. See instructions . . . . . ● | 1 | NONE 00 |
| 2 | Limited Liability Company fee. See instructions . . . . . . . . . . . . . . . . . . . . . . . . ● | 2 | 00 |
| 3 | 2019 annual Limited Liability Company tax. See instructions . . . . . . . . . . . . . . . . . . ● | 3 | 800 00 |
| 4 | Nonconsenting nonresident members' tax liability from Schedule T (Side 4) . . . . . . . . . . . ● | 4 | 00 |
| 5 | Partnership level tax. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . ● | 5 | 00 |
| 6 | **Total tax and fee.** Add line 2, line 3, line 4, and line 5 . . . . . . . . . . . . . . . . . . ● | 6 | 800 00 |
| 7 | Amount paid with form FTB 3537 and 2019 form FTB 3522 and form FTB 3536 . . . . . . . . . . . ● | 7 | 800 00 |
| 8 | Overpayment from prior year allowed as a credit . . . . . . . . . . . . . . . . . . . . . . ● | 8 | 00 |
| 9 | Withholding (Form 592-B and/or 593) . . . . . . . . . . . . . . . . . . . . . . . . . . ● | 9 | 00 |
| 10 | **Total payments.** Add line 7, line 8, and line 9 . . . . . . . . . . . . . . . . . . . . . ● | 10 | 800 00 |
| 11 | **Use tax.** This is not a total line. See instructions . . . . . . . . . . . . . . . . . . . . ● | 11 | 00 |
| 12 | Payments balance. If line 10 is more than line 11, subtract line 11 from line 10 . . . . . . . . . ● | 12 | 800 00 |
| 13 | **Use tax balance.** If line 11 is more than line 10, subtract line 10 from line 11 . . . . . . . . . ● | 13 | 00 |

Enclose, but do not staple, any payment.

027        3671194

Form 568 2019  **Side 1**

9Y0529 1.000

| | Whole dollars only |
|---|---|
| 14 **Tax and fee due.** If line 6 is more than line 12, subtract line 12 from line 6 . . . . . . . . . . . . ● 14 | 00 |
| 15 **Overpayment.** If line 12 is more than line 6, subtract line 6 from line 12 . . . . . . . . . . . . . . ● 15 | 00 |
| 16 Amount of line 15 to be credited to 2020 tax or fee . . . . . . . . . . . . . . . . . . . . . . . . ● 16 | 00 |
| 17 **Refund.** If the total of line 16 is less than line 15, subtract the total from line 15 . . . . ● 17 | 00 |
| 18 Penalties and interest. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 18 | 00 |
| 19 **Total amount due.** Add line 13, line 14, line 16, and line 18, then subtract line 15 from the result ● 19 | 00 |

J Principal business activity code (**Do not** leave blank) . . . . . . . . . . . . . . . . . . . . . . ● 481000

Business activity AVIATION Product or service TRANSPORTATION

K Enter the maximum number of members in the LLC at any time during the year. For multiple member LLCs, attach a California Schedule K-1 (568) for each of these members . . . . . ● 1

L Is this LLC an investment partnership? See General Information O. . . . . ● ☐ Yes ☒ No

M (1) Is this LLC apportioning or allocating income to California using Schedule R? . . . . ● ☐ Yes ☒ No

(2) If "No," was this LLC registered in California without earning any income sourced in this state during the taxable year? . . ⦿ ☒ Yes ☐ No

N Was there a distribution of property or a transfer (for example, by sale or death) of an LLC interest during the taxable year? . . ● ☐ Yes ☒ No

P (1) Does the LLC have any foreign (non-U.S.) nonresident members? . . . . ● ☐ Yes ☒ No

(2) Does the LLC have any domestic (non-foreign) nonresident members? . . . . ● ☐ Yes ☒ No

(3) Were Form 592, Form 592-A, Form 592-B , and Form 592-F filed for these members? . . . . ● ☐ Yes ☒ No

Q Are any members in this LLC also LLCs or partnerships? . . . . ● ☐ Yes ☒ No

R Is this LLC under audit by the IRS or has it been audited in a prior year? . . . . ● ☐ Yes ☒ No

S Is this LLC a member or partner in another multiple member LLC or partnership? . . . . ● ☐ Yes ☒ No

If "Yes," complete Schedule EO, Part I.

T Is this LLC a publicly traded partnership as defined in IRC Section 469(k)(2)? . . . . ☐ Yes ☒ No

U (1) Is this LLC a business entity disregarded for tax purposes? . . . . ● ☒ Yes ☐ No

(2) If "Yes," see instructions and complete Side 1, Side 2, Side 3, Schedule B, Side 5, and Side 7, if applicable. Are there credits or credit carryovers attributable to the disregarded entity? . . . . ● ☐ Yes ☒ No

(3) If "Yes" to U(1), does the disregarded entity have total income derived from or attributable to California that is less than the LLC's total income from all sources? . . . . ☐ Yes ☒ No

V Has the LLC included a Reportable Transaction, or Listed Transaction within this return? (See instructions for definitions). If "Yes," complete and attach federal Form 8886 for each transaction. . . . . ● ☐ Yes ☒ No

W Did this LLC file the Federal Schedule M-3 (federal Form 1065)? . . . . ● ☐ Yes ☒ No

X Is this LLC a direct owner of an entity that filed a federal Schedule M-3? . . . . ● ☐ Yes ☒ No

Y Does the LLC have a beneficial interest in a trust or is it a grantor of a Trust? . . . . ● ☐ Yes ☒ No

If "Yes," attach schedule of trusts and federal identification numbers.

Z Does this LLC own an interest in a business entity disregarded for tax purposes? . . . . ⦿ ☐ Yes ☒ No

If "Yes," complete Schedule EO, Part II.

*(continued on Side 3)*

*(continued from Side 2)*

**AA** Is any member of the LLC related (as defined in IRC Section 267(c)(4)) to any other member of the LLC? . . . . . . . . . ● ☐ Yes  ☒ No

**BB** Is any member of the LLC a trust for the benefit of any person related (as defined in IRC Section 267(c)(4))
to any other member? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● ☐ Yes  ☒ No

**CC (1)** Is the LLC deferring any income from the disposition of assets? (see instructions). . . . . . . . . . . . . . . ● ☐ Yes  ☒ No

  **(2)** If "Yes," enter the year of asset disposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●

**DD** Is the LLC reporting previously deferred Income from:
(see instructions). . . . . . . . . . . . . . . . . . ● ☐ Installment Sale  ● ☐ IRC §1031 ● ☐ IRC §1033 ● ☐ Other

**EE** "Doing business as" name. See instructions: . . . . . . . . . . ●

**FF (1)** Has this LLC operated as another entity type such as a Corporation, S Corporation, General Partnership,
Limited Partnership, or Sole Proprietorship in the previous five (5) years? . . . . . . . . . . . . . . . . . . ● ☐ Yes  ☒ No

  **(2)** If "Yes," provide prior FEIN(s) if different, business name(s), and entity type(s) for prior returns
filed with the FTB and/or IRS (see instructions): _____

**GG (1)** Has this LLC previously operated outside California? . . . . . . . . . . . . . . . . . . . . . . . . . . ● ☐ Yes  ☒ No

  **(2)** Is this the first year of doing business in California? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● ☐ Yes  ☒ No

| **Single Member LLC Information and Consent** - Complete only if the LLC is disregarded. | ● Federal TIN/SSN |
|---|---|
| Sole Owner's name (as shown on owner's return) | FEIN/CA Corp no./CA SOS File no. |

◉ STEPHEN G. PERLMAN

1107 HAMILTON AVENUE

Street Address, City, State, and ZIP Code PALO ALTO CA 94301
● What type of entity is the ultimate owner of this SMLLC? See instructions. Check only one box:

☒ (1) Individual  ☐ (2) C Corporation  ☐ (3) Pass-Through (S corporation, partnership, LLC classified as a partnership)

☐ (4) Estate/Trust  ☐ (5) Exempt Organization

Member's Consent Statement: I consent to the jurisdiction of the State of California to tax my LLC income and agree to file returns and pay tax as may be required by the Franchise Tax Board.

Signature ▶ _____  Date _____

To learn about your privacy rights, how we may use your information, and the consequences for not providing the requested information, go to ftb.ca.gov/forms and search for 1131. To request this notice by mail, call 800.852.5711.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | | |
|---|---|---|---|---|
| **Sign Here** | Signature of authorized member or manager ▶ | | Date | Telephone |
| | Authorized member or manager's email address (optional) | | | ● |
| **Paid Preparer's Use Only** | Paid preparer's signature ▶ | Date | Check if self-employed ☒ | PTIN ● P01714210 |
| | Firm's name (or yours, if self-employed) and address ▶ ROSEWOOD FAMILY ADVISORS LLP 2475 HANOVER STREET, STE 100 PALO ALTO  CA  94304 | | | Firm's FEIN ● 82-4430307 Telephone ● 650-313-2000 |

May the FTB discuss this return with the preparer shown above (see instructions)? . . . . . ● ☒ Yes  ☐ No

9Y0504 1.000

RS AIR, LLC                                                                77-0572672

## Schedule A  Cost of Goods Sold

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 00 |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | 00 |
| 3 | Cost of labor | 3 | 00 |
| 4 | Additional IRC Section 263A costs. Attach schedule | 4 | 00 |
| 5 | Other costs. Attach schedule | 5 | 00 |
| 6 | **Total.** Add line 1 through line 5 | 6 | 00 |
| 7 | Inventory at end of year | 7 | 00 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Schedule B, line 2 | 8 | 00 |

9  a  Check all methods used for valuing closing inventory:

(1) ☐ Cost   (2) ☐ Lower of cost or market as described in Treas. Reg. Section 1.471-4  (3) ☐ Write down of "subnormal" goods as described in Treas. Reg. Section 1.471-2(c)  (4) ☐ Other. Specify method used and attach explanation _____

b  Check this box if the LIFO inventory method was adopted this taxable year for any goods. If checked, attach federal Form 970 . . . . . ☐

c  Do the rules of IRC Section 263A (with respect to property produced or acquired for resale) apply to the LLC? . . . . . . ☐ Yes  ☐ No

d  Was there any change (other than for IRC Section 263A purposes) in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

## Schedule B  Income and Deductions

**Caution:** Include **only** trade or business income and expenses on line 1a through line 22 below. See the instructions for more information.

| | | | |
|---|---|---|---|
| **Income** | 1 a Gross receipts or sales $ _____  b Less returns and allowances $ _____  c Balance ● | 1c | 00 |
| | 2 Cost of goods sold (Schedule A, line 8) . . . . . . . . . . . . . ◉ | 2 | 00 |
| | 3 GROSS PROFIT. Subtract line 2 from line 1c . . . . . . . . . | 3 | 00 |
| | 4 Total ordinary income from other LLCs, partnerships, and fiduciaries. Attach schedule . . . . ● | 4 | 00 |
| | 5 Total ordinary loss from other LLCs, partnerships, and fiduciaries. Attach schedule . . . | 5 | 00 |
| | 6 Total farm profit. Attach federal Schedule F (Form 1040 or 1040-SR) . . . . . . ● | 6 | 00 |
| | 7 Total farm loss. Attach federal Schedule F (Form 1040 or 1040-SR) . . . . . . | 7 | 00 |
| | 8 Total gains included on Schedule D-1, Part II, line 17 (**gain only**) . . . . . . ● | 8 | 00 |
| | 9 Total losses included on Schedule D-1, Part II, line 17 (**loss only**) . . . . . | 9 | 00 |
| | 10 Other income. Attach schedule . . . . . . . . . . . . . . . ● | 10 | 00 |
| | 11 Other loss. Attach schedule. . . . . . . . . . . . . . . . ● | 11 | 00 |
| | 12 **Total income (loss).** Combine line 3 through line 11 . . . . . . ● | 12 | 00 |
| **Deductions** | 13 Salaries and wages (other than to members) . . . . . . . . . ● | 13 | 00 |
| | 14 Guaranteed payments to members . . . . . . . . . . . . ◉ | 14 | 00 |
| | 15 Bad debts . . . . . . . . . . . . . . . . . . . . . ● | 15 | 00 |
| | 16 Deductible interest expense not claimed elsewhere on return . . . . . . ◉ | 16 | 00 |
| | 17 a Depreciation and amortization. Attach form FTB 3885L  $ _____ NONE | | |
| | b Less depreciation reported on Schedule A and elsewhere on return  $ _____ NONE  c Balance ● | 17c | NONE 00 |
| | 18 Depletion. Do not deduct oil and gas depletion . . . . . . . . . | 18 | 00 |
| | 19 Retirement plans, etc. . . . . . . . . . . . . . . . . . | 19 | 00 |
| | 20 Employee benefit programs . . . . . . . . . . . . . . . | 20 | 00 |
| | 21 Other deductions. Attach schedule . . . . . . . . . . STMT. 1 ● | 21 | 3,889 00 |
| | 22 **Total deductions.** Add line 13 through line 21 . . . . . . . . . ● | 22 | 3,889 00 |
| | 23 Ordinary income (loss) from trade or business activities. Subtract line 22 from line 12 . . . ● | 23 | -3,889 00 |

## Schedule T  Nonconsenting Nonresident Members' Tax Liability. Attach additional sheets if necessary.

| (a) Member's name | (b) SSN, ITIN, or FEIN | (c) Distributive share of income | (d) Tax rate | (e) Member's total tax due (see instructions) | (f) Amount withheld by this LLC on this member - reported on Form 592-B | (g) Member's net tax due |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total the amount of tax due. Enter the total here and on Side 1, line 4. If less than zero enter -0- . . . . . . . . . . . . . . _____

Case 20-51603-G    Doc# 6    Filed: 11/06/20    Entered: 11/06/20 15:53:27    Page 40 of 45

RS AIR, LLC            77-0572672

**Schedule K**   Members' Shares of Income, Deductions, Credits, etc.

| | (a) Distributive share items | | (b) Amounts from federal K (1065) | (c) California adjustments | (d) Total amounts using California law |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities | 1 | -4,689. | 800. | -3,889. |
| | 2 Net income (loss) from real estate activities. Attach federal Form 8825 | 2 | | | |
| | 3 a Gross income (loss) from other rental activities | 3a | | | |
| | b Less expenses. Attach schedule | 3b | | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | | | |
| | 4 Guaranteed payments to members | 4 | | | |
| | 5 Interest income | 5 | | | |
| | 6 Dividends | 6 | | | |
| | 7 Royalties | 7 | | | |
| | 8 Net short-term capital gain (loss). Attach Schedule D (568) | 8 | | | |
| | 9 Net long-term capital gain (loss). Attach Schedule D (568) | 9 | | | |
| | 10 a Total gain under IRC Section 1231 (other than due to casualty or theft) | 10a | | | |
| | b Total loss under IRC Section 1231 (other than due to casualty or theft) | 10b | | | |
| | 11 a Other portfolio income (loss). Attach schedule | 11a | | | |
| | b Total other income. Attach schedule | 11b | | | |
| | c Total other loss. Attach schedule | 11c | | | |
| **Deductions** | 12 Expense deduction for recovery property (IRC Section 179). Attach schedule | 12 | | | |
| | 13 a Charitable contributions. See instructions. Attach schedule | 13a | | | |
| | b Investment interest expense | 13b | | | |
| | c 1 Total expenditures to which IRC Section 59(e) election may apply. | 13c1 | | | |
| | 2 Type of expenditures | 13c2 | | | |
| | d Deductions related to portfolio income | 13d | | | |
| | e Other deductions. Attach schedule | 13e | | | |
| **Credits** | 15 a Withholding on LLC allocated to all members | 15a | | | |
| | b Low-income housing credit | 15b | | | |
| | c Credits other than the credit shown on line 15b related to rental real estate activities. Attach schedule | 15c | | | |
| | d Credits related to other rental activities. Attach schedule | 15d | | | |
| | e Nonconsenting nonresident members' tax paid by LLC | 15e | | | |
| | f Other credits. Attach schedule | 15f | | | |
| **Alternative Minimum Tax (AMT) Items** | 17 a Depreciation adjustment on property placed in service after 1986 | 17a | | | |
| | b Adjusted gain or loss | 17b | | | |
| | c Depletion (other than oil and gas) | 17c | | | |
| | d Gross income from oil, gas, and geothermal properties | 17d | | | |
| | e Deductions allocable to oil, gas, and geothermal properties | 17e | | | |
| | f Other alternative minimum tax items. Attach schedule | 17f | | | |
| **Other Information** | 18 a Tax-exempt interest income | 18a | | | |
| | b Other tax-exempt income | 18b | | | |
| | c Nondeductible expenses | 18c | | | |
| | 19 a Distributions of money (cash and marketable securities) | 19a | 46,651. | | 46,651. |
| | b Distribution of property other than money | 19b | | | |
| | 20 a Investment income | 20a | | | |
| | b Investment expenses | 20b | | | |
| | c Other information. See instructions | 20c | -4,689. | | |
| **Analysis** | 21 a Total distributive income/payment items. Combine lines 1, 2, and 3c through 11c. From the result, subtract the sum of lines 12 through 13e. | 21a | -4,689. | 800. | -3,889. |

| b Analysis of members: | (a) Corporate | (b) Individual | | (c) Partnership | (d) Exempt Organization | (e) Nominee/Other | (f) LLC |
|---|---|---|---|---|---|---|---|
| | | I. Active | II. Passive | | | | |
| Members | | -3,889 | | | | | |

9Y0534 1.000

Case 20-51603G   Doc# 6   Filed: 11/06/20   Entered: 11/06/20 15:53:27   Page 41 of 45

Enter your California income amounts on the worksheet. All amounts entered must be assigned for California law differences. **Use only amounts that are from sources derived from or attributable to California** when completing lines 1-17 of this worksheet. If your business is both within and outside of California, see Schedule IW instructions to assign the correct amounts to California. If the LLC is wholly within California, the total income amount is assigned to California and is entered beginning with line 1a. If the single member LLC (SMLLC) does not meet the 3 million criteria for filing Schedule B (568) and Schedule K (568), the SMLLC is still required to complete Schedule IW. Disregarded entities that do not meet the filing requirements to complete Schedule B or Schedule K should prepare Schedule IW by entering the California amounts attributable to the disregarded entity from the member's federal Schedule B, C, D, E, F (Form 1040 or 1040-SR), or additional schedules associated with other activities. Do not enter amounts on this worksheet that have already been reported by another LLC to determine its fee.

See instructions on page 14 of the Form 568 Booklet for more information on how to complete Schedule IW.

**1 a** Total California income from Form 568, Schedule B, line 3. See instructions ....... ● **1a** _____ NONE

  **b** Enter the California cost of goods sold from Form 568, Schedule B, line 2 and from federal
    Schedule F (Form 1040 or 1040-SR) (plus California adjustments) associated with the
    receipts assigned to California on lines 1a and 4 ...................... ● **1b** _____

**2 a** If the answer to Question U(1) on Form 568 Side 2, is "Yes", include the gross income of
    this disregarded entity that is not included in lines 1 and 8 through 16 ........ ● **2a** _____

  **b** Enter the cost of goods sold of disregarded entities associated with the receipts assigned to
    California on line 2a. ............................... ● **2b** _____

**3 a** LLC's distributive share of ordinary income from pass-through entities ......... ● **3a** _____

  **b** Enter the LLC's distributive share of cost of goods sold from other pass-through entities
    associated with the receipt assigned to California on line 3a (see Schedule K-1s (565),
    Table 3, line 1a). .............................. ● **3b** _____

  **c** Enter the LLC's distributive share of deductions from other pass-through entities associated with
    the receipt assigned to California on line 3a (see Schedule K-1s (565), Table 3, line 1b). ... ● **3c** _____

**4** Add gross farm income from federal Schedule F (Form 1040 or 1040-SR). Use California amounts ... ● **4** _____

**5** Enter the total of other income (not loss) from Form 568, Schedule B, line 10 ...... ● **5** _____

**6** Enter the total gains (not losses) from Form 568, Schedule B, line 8 .......... ● **6** _____

**7** Add line 1a through line 6 ...................... ● **7** _____ NONE

**8 California rental real estate**

  **a** Enter the total gross rents from federal Form 8825, line 18a ........ ● **8a** _____
  **b** Enter the total gross rents from all Schedule K-1s (565), Table 3, line 2 ..... ● **8b** _____
  **c** Add line 8a and line 8b ....................... ● **8c** _____

**9 Other California rentals.**

  **a** Enter the amount from Schedule K (568), line 3a ........... ● **9a** _____
  **b** Enter the amount from all Schedule K-1s (565), Table 3, line 3. ...... ● **9b** _____
  **c** Add lines 9a and 9b. ....................... ● **9c** _____

**10 California interest.** Enter the amount from Form 568, Schedule K, line 5 ....... ● **10** _____

**11 California dividends.** Enter the amount from Form 568, Schedule K, line 6 ....... ● **11** _____

**12 California royalties.** Enter the amount from Form 568, Schedule K, line 7 ...... ● **12** _____

**13 California capital gains.** Enter the capital gains (not losses) included in the amounts from Form 568,
    Schedule K, lines 8 and 9 ...................... ● **13** _____

**14 California 1231 gains.** Enter the amount of total gains (not losses) from Form 568, Schedule K, line 10a ..... ● **14** _____

**15 Other California portfolio income (not loss).** Enter the amount from Form 568, Schedule K, line 11a ...... ● **15** _____

**16 Other California income (not loss) not included in line 5.** Enter the amount from Form 568, Schedule K, line 11b. . ● **16** _____

**17 Total California income.** Add lines 7, 8c, 9c, 10, 11, 12, 13, 14, 15, and 16. Line 17 may not be a negative number.
    Enter here and on Form 568, Side 1, line 1. If less than zero enter -0- ........... ● **17** _____ NONE

9Y0548 1.000

**Depreciation and Amortization**

CALIFORNIA FORM

**3885L**

| Name as shown on return | California Secretary of State (SOS) file number |
|---|---|
| RS AIR, LLC | 200112910053 |

| ACTIVITY: | FEIN |
|---|---|
| RS AIR, LLC | 77-0572672 |

Tangible and intangible assets placed in service during the 2019 taxable year:

| | | Depreciation of assets | | | | Amortization of property | | |

| (a) Description of property | (b) Date placed in service (mm/dd/yyyy) | (c) Cost or other basis | (d) Method of figuring depreciation | (e) Life or rate | (f) Depreciation for this year | (g) Code section | (h) Period or percentage | (i) Amortization for this year |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**1** Enter line 1, column (f) and column (i) totals . . . . . . . . . . . . . . . . . . . . . **1**

**Depreciation**

Be sure to make adjustments for any basis differences when calculating depreciation.

**2** California depreciation for assets placed in service beginning before the 2019 taxable year . . . . . . . . . . . **2**     NONE

**3** Total California depreciation. Add line 1(f) totals and line 2 . . . . . . . . . . . . . . . . . . . . . . **3**     NONE

**Amortization**

Be sure to make adjustments for any basis differences when calculating amortization.

**4** California amortization for intangibles placed in service beginning before the 2019 taxable year . . . . . . . . . . **4**

**5** Total California amortization. Add line 1(i) totals and line 4 . . . . . . . . . . . . . . . . . . . . . . **5**

**6** Total depreciation and amortization. Add line 3 and line 5. Enter the total here and on Form 568, Schedule B, line 17a,

    if from a trade or business, or on federal Form 8825, line 14, if from rental real estate activities. . . . . . . . . . . **6**     NONE

**7** IRC Section 179 expense deduction from line 12 of the worksheet in the instructions . **7** _____

**8** Carryover of disallowed deduction to 2020 from line 13 of the worksheet in the instructions . . . **8** _____

## General Information

In general, for taxable years beginning on or after January 1, 2015, California law conforms to the Internal Revenue Code (IRC) as of January 1, 2015. However, there are continuing differences between California and federal law. When California conforms to federal tax law changes, we do not always adopt all of the changes made at the federal level. For more information, go to **ftb.ca.gov** and search for **conformity**. Additional information can be found in FTB Pub. 1001, Supplemental Guidelines to California Adjustments, the instructions for California Schedule CA (540 or 540NR), and the Business Entity tax booklets.

The instructions provided with California tax forms are a summary of California tax law and are only intended to aid taxpayers in preparing their state income tax returns. We include information that is most useful to the greatest number of taxpayers in the limited space available. It is not possible to include all requirements of the California Revenue and Taxation Code (R&TC) in the instructions. Taxpayers should not consider the instructions as authoritative law.

## A Purpose

Use form FTB 3885L, Depreciation and Amortization, to compute depreciation and amortization allowed as a deduction on Form 568, Limited Liability Company Return of Income. Attach form FTB 3885L to Form 568.

Depreciation is the annual deduction allowed to recover the cost or other basis of business or income producing property with a determinable useful life of more than one year. Land is not depreciable.

Amortization is an amount deducted to recover certain capital expenses over a fixed period.

## B Federal/State Calculation Differences

California law has not always conformed to federal law with regard to depreciation methods, special credits, or accelerated write-offs. Consequently, the recovery periods and the basis on which the depreciation is calculated may be different from the amounts used for federal purposes. Reportable differences may occur if all or part of your assets were placed in service:

- **Before January 1, 1987:** California disallowed depreciation under the federal Accelerated Cost Recovery System (ACRS). Continue to calculate California depreciation in the same manner as in prior years for those assets.
- **On or after January 1, 1987:** California provides special credits and accelerated write-offs that affect the California basis for qualifying assets. California does not conform to all the changes to federal law enacted in 1993. Therefore, the California basis or recovery periods may be different for some assets.

California law **does not** conform to the federal law for:

- IRC Section 168(k) relating to the depreciation deduction for certain assets.
- The enhanced IRC Section 179 expensing election.
- The expanded definition of IRC Section 179 property for certain depreciable tangible personal property related to furnishing lodging and for qualified real property for improvements to nonresidential real property.

Additional differences may occur for the following:

- **Luxury Automobile Depreciation:** Sport utility vehicles and minivans built on a truck chassis are included in the definition of trucks and vans when applying the 6,000 pound gross weight limit. However, California does not conform to the federal modifications to depreciation limitations on luxury automobiles (IRC Section 280F).

# 2019 Depreciation

**Description of Property**

RS AIR, LLC CALIFORNIA GENERAL TRADE OR BUSINESS

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for Depreciation | Beginning Accumulated depreciation | Ending Accumulated depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITATION X | 07/21/2001 | 1,130,000. | 100. | | | 1,130,000. | 622,603. | 622,603. | SL | | 12.000 | | | | |
| CITATION ENCORE PLUS | 05/15/2008 | 559,815. | 100. | | | 559,815. | 143,369. | 143,369. | SL | | 12.000 | | | | NONE |
| Less: Retired Assets . . . . . . . . . . . . | | | | | | | | | | | | | | | |
| **TOTALS** . . . . . . . . . . . . . . . . . . | | 1,689,815. | | | | 1,689,815. | 765,972. | 765,972. | | | | | | | NONE |

*Assets Retired

JSA
9X9027 1.000
07880A V13G

```
     RS AIR, LLC                                                  77-0572672
FORM 568 SUPPORTING SCHEDULES
================================================================================
SCHEDULE B - INCOME AND DEDUCTIONS
==================================

LINE 21 - OTHER DEDUCTIONS
==========================
FRANCHISE TAX BOARD                                                     NONE
BUSINESS TAXES                                                          300.
ACCOUNTING                                                            3,589.
                                                              ---------------
TOTAL OTHER DEDUCTIONS                                                3,889.
                                                              ===============
```

9XX063 1.000