Debtor name **RS Air, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) 20-51604-MEH

☒ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims-Amended                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br> **Franchise Tax Board** <br> **State of California** <br> **P.O. Box 2952** <br> **Sacramento, CA 95812-5000** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: <br> **Notice only** | | |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ☒ No <br> ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address <br> **Internal Revenue Service** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7316** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: <br> **Notice only** | | |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ☒ No <br> ☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Case: 20-51604   Doc# 31   Filed: 11/30/20   Entered: 11/30/20 16:59:23   Page 1 of 4

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| | **Cindy Ievers** | ☐ Contingent |
| | **211 S. Whisman Road, Suite D** | ☐ Unliquidated |
| | **Mountain View, CA 94041** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Notice only** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$660.00** |
| | **Groom & Cave, LLP** | |
| | **1570 The Alameda** | ☐ Contingent |
| | **Suite 100** | ☐ Unliquidated |
| | **Attn: Timothy H. Hopkins** | ☐ Disputed |
| | **San Jose, CA 95126** | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Legal fees** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$8,100.00** |
| | **Michelson Law Group** | ☐ Contingent |
| | **220 Montgomery Street** | ☐ Unliquidated |
| | **Suite 2100** | ☐ Disputed |
| | **San Francisco, CA 94104** | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Legal fees** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| | **NetJets Aviation, Inc.** | ☐ Contingent |
| | **4111 Bridgeway Avenue** | ☑ Unliquidated |
| | **Columbus, OH 43219** | ☑ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **See NetJets Aviation, Inc. et al. v. RS Air, LLC, 18CV005301, Ct. of Common Pleas, Franklin County, OH** |
| | **Last 4 digits of account number** _ | |
| | | Is the claim subject to offset? ☐ No ☑ Yes |

| | | |
|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| | **NetJets Sales, Inc.** | ☐ Contingent |
| | **4111 Bridgeway Avenue** | ☑ Unliquidated |
| | **Columbus, OH 43219** | ☑ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **See NetJets Aviation, Inc. et al. v. RS Air, LLC, 18CV005301, Ct. of Common Pleas, Franklin County, OH** |
| | **Last 4 digits of account number** _ | |
| | | Is the claim subject to offset? ☐ No ☑ Yes |

| | | |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| | **NetJets Services, Inc.** | ☐ Contingent |
| | **4111 Bridgeway Avenue** | ☑ Unliquidated |
| | **Columbus, OH 43219** | ☑ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **See NetJets Aviation, Inc. et al. v. RS Air, LLC, 18CV005301, Ct. of Common Pleas, Franklin County, OH** |
| | **Last 4 digits of account number** _ | |
| | | Is the claim subject to offset? ☐ No ☑ Yes |

| | | |
|---|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$3,125.00** |
| | **Rosewood Family Advisors LLP** | ☐ Contingent |
| | **PO Box 61239** | ☐ Unliquidated |
| | **Attn: Kerry Bratton** | ☐ Disputed |
| | **Palo Alto, CA 94306** | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Corporate Tax and Accounting Services** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes |

Case: 20-51604    Doc# 31    Filed: 11/30/20    Entered: 11/30/20 16:59:23    Page 2 of 4

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,763,608.81 |
|---|---|---|---|

**Stephen G. Perlman**
**211 S. Whisman Road, Suite D**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Member payable, per Debtor's 11/5/20 Balance Sheet**

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,109.00 |
|---|---|---|---|

**Taft Stettinius & Hollister, LLP**
**425 Walnut Street**
**Suite 1800**
**Mark T. Hayden**
**Cincinnati, OH 45202-3957**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zieger, Tigges & Little LLP**
**41 South High Street**
**Suite 3500**
**Attn: Steven W. Tigges**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice only (Counsel for NetJets)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zieger, Tigges & Little LLP**
**41 South High Street**
**Suite 3500**
**Attn: Christopher J. Hayden**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice only (Counsel for NetJets)**

Is the claim subject to offset? ■ No ☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,800,602.81 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,800,602.81 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 20-51604    Doc# 31    Filed: 11/30/20    Entered: 11/30/20 16:59:23    Page 3 of 4

Fill in this information to identify the case and this filing:

Debtor Name:  In re RS Air, LLC

United States Bankruptcy Court for the:  Northern District of California

(State)

Case number (*if known*):    20-51604-MEH

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

    **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒ Amended *Schedule E/F*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/30/2020
　　　　　　　 MM / DD / YYYY

**✗** _____
　　　　Signature of individual signing on behalf of debtor

Stephen G. Perlman, Debtor's sole member and manager